FILED
CLERK, U.S. DISTRICT COURT

MAR 26 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PICH CHHAM,

    Petitioner,

v.

MICHAEL MUKASEY, et al.,

    Respondent.

Case No. CV 08-0072-TJH(MLG)

ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files as well as the Report and Recommendation of the United States Magistrate Judge. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition without prejudice.

    IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Judgment on all parties.

Dated: 3/25/08

Terry J. Hatter, Jr.
United States District Judge