JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PICH CHHAM,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL MUKASEY, et al.,<br><br>    Respondent. | Case No. CV 08-0072-TJH (MLG)<br><br>JUDGMENT |

    IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: 2/25/08

Terry J. Hatter, Jr.
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY